ERNEST H. BRASE v. IDA BRASE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

IRVING I. SCHOTT and Another v. FLOYD J. SHUTTS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SAMUEL KRIDEL and Others v. SHAI BILIK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JACOB HERMAN v. JACOB FRANK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BOND TROUSER CO., INC., v. PEARSALL & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

OLIVE CORNELL v. ZIEGFELD FOLLIES, INC.— Motion to dismiss appeal denied with leave to respondent to renew said motion if the appeal be not promptly proceeded with after determination of the motion for a new trial on the ground of newly-discovered evidence. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

YETTA NURICK v. BROADEDGE CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR A. BOWEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THOMAS E. O'NEILL v. WALKER D. HINES, as Agent, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of SOLOMON WEISSBLATT v. AARON SPANIER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of SIEGFRIED KOPPEL, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of LLOYD MEE GEE COFER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

NATHAN REBHUN v. JOHN FERENCZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of NATALE MOCCO, Also Known as NATALIE MOCCO, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.